BANNING MICKLOW & BULL LLP
Edward M. Bull III, State Bar No. 141966
Jessica L. Voss, State Bar No. 247033
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone:  (415) 399-9191
Facsimile:   (415) 399-9192

Attorneys for Plaintiff
DAVID ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRUSCO TUG & BARGE, INC and DOES 1-10, *in personam,* and M/V MARY ANN BRUSCO, her engines, tackle, apparel, furniture, etc., *in rem,*<br><br>　　　　Defendants. | CASE NO. 07 3273 PJH<br><br>**PROOFS OF SERVICE OF SUMMONS** |

　　　Proof of Service, Proof of Service by Mail and Affidavit of Reasonable Diligence regarding service upon the defendant Brusco Tug & Barge, Inc. are attached.

| Attorney or Party without Attorney: EDWARD M. BULL, III, ESQ., Bar #141996<br>BANNING MICKLOW BULL & LOPEZ, LLP<br>1 MARKET ST., STEUART TOWER<br>SUITE 1440<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415 399-9191   FAX No: 415 399-9192 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 8251 |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: DAVID ARMSTRONG | |
| Defendant: BRUSCO TUG & BARGE, INC. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 3278 PJH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; SEAMAN'S COMPLAINT FOR PERSONAL INJURIES: JONES ACT, UNSEAWORTHINESS AND MAINTENANCE AND CURE; ECF REGISTRATION INFORMATION HANDOUT; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXCERSICE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS.

3. a. Party served: BRUSCO TUG & BARGE, INC.

4. Address where the party was served: 548 14TH AVENUE
P.O. BOX 1576
LONGVIEW, WA 98632

5. I served the party:
   b. **by substituted service.** On: Fri., Jul. 20, 2007 at: 1:15PM by leaving the copies with or in the presence of:
   ANGIE BRITTON, PERSON IN CHARGE
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. STEVE BREWER
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Jul. 25, 2007

   Judicial Council Form
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE       (STEVE BREWER)

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| EDWARD M. BULL, III, ESQ., Bar #141996<br>BANNING MICKLOW BULL & LOPEZ, LLP<br>1 MARKET ST., STEUART TOWER<br>SUITE 1440<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415 399-9191    FAX No: 415 399-9192 | |
| Attorney for: Plaintiff | Ref. No or File No.: 8251 |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: DAVID ARMSTRONG | |
| Defendant: BRUSCO TUG & BARGE, INC. | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3273 PJH |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; SEAMAN'S COMPLAINT FOR PERSONAL INJURIES: JONES ACT, UNSEAWORTHINESS AND MAINTENANCE AND CURE; ECF REGISTRATION INFORMATION HANDOUT; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXCERSICE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Fri., Jul. 20, 2007
   b. Place of Mailing:        SAN FRANCISCO, CA 94103
   c. Addressed as follows:    BRUSCO TUG & BARGE, INC.
                               548 14TH AVENUE
                               P.O. BOX 1576
                               LONGVIEW, WA 98632

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jul. 20, 2007 in the ordinary course of business.

5. *Person Serving:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                      d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES                      e. I am: Not a Registered California Process Server
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Jul. 25, 2007                                                    (AARON DANIEL)

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | 6339007.edwbu-bm.75829 |
|---|---|---|

| Attorney or Party without Attorney: EDWARD M. BULL, III, ESQ., Bar #141996<br>BANNING MICKLOW BULL & LOPEZ, LLP<br>1 MARKET ST., STEUART TOWER<br>SUITE 1440<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415 399-9191    FAX. No: 415 399-9192 | | | Ref. No or File No.: 8251 | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | | | |
| Plaintiff: DAVID ARMSTRONG | | | | |
| Defendant: BRUSCO TUG & BARGE, INC. | | | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 3273 PJH |

1. I, STEVE BREWER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BRUSCO TUG & BARGE, INC. as follows:

2. Documents: Summons In A Civil Case; Seaman's Complaint For Personal Injuries: Jones Act, Unseaworthiness And Maintenance And Cure; Ecf Registration Information Handout; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Availability Of Magistrate Judge To Excersice Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/29/07 | 11:15am | Business | PER FEMALE OCCUPANT, THE SUBJECT MOVED OUT TEN YEARS AGO. Attempt made by: JANOS WOHNER. Attempt at: 2207 CEAR RIDGE COURT OXNARD CA 93030. |
| Fri | 06/29/07 | 5:50pm | Business | THIS IS A MAIL BOXES ECT.. Attempt made by: JANOS WOHNER. Attempt at: 417 E. PORT HUENEME ROAD #334 Port Hueneme CA 93041. |
| Fri | 07/20/07 | 1:15pm | Business | Substituted Service on: BRUSCO TUG & BARGE, INC. Business - 548 14TH AVENUE P.O. BOX 1576 LONGVIEW, WA. 98632 by leaving a copy of the document(s) with: ANGIE BRITTON, PERSON IN CHARGE. Served by: STEVE BREWER |
| Fri | 07/20/07 | | | Mailed copy of Documents to: BRUSCO TUG & BARGE, INC. |

3. Person Executing
   a. STEVE BREWER
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am: (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jul. 25, 2007        AFFIDAVIT OF REASONABLE DILIGENCE        (STEVE BREWER)