UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID ARMSTRONG

                    Plaintiff(s),

CASE NO.  C 07-03273 PJH

              v.

BRUSCO TUG & BARGE, Inc., et al.,

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

                  Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 9/27/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John Giffin | Defendant Brusco Tug & Barge, Inc. | (415) 398-6000 | john.giffin@kyl.com |
| Edward M. Bull III | Plaintiff David Armstrong | (415) 399-9191 | Ebull@banningmicklow.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9-20-07

                                                   Attorney for Plaintiff

Dated: 9-20-07

                                                   Attorney for Defendant

Rev 12.05 | When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."