UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** September 27, 2007           **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3273 PJH

**Case Name:** David Armstrong v. Brusco Tug & Barge, Inc., et al.

**Attorney(s) for Plaintiff:**    Edward M. Bull
**Attorney(s) for Defendant:**    John Giffin

**Deputy Clerk:** Nichole Heuerman        **Court Reporter:** Not Reported

**PROCEEDINGS**

Initial Case Management Conference-Held. The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed within 120 days.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:** 5/9/08
**Expert disclosure:** 7/23/08
**Expert discovery cutoff:** 10/1/08
**Dispositive Motions heard by:** 8/6/08
**Pretrial Conference:** 11/6/08 at 2:30 p.m.
**Trial:** 12/1/08 at 8:30 a.m., for 6 days, by [x] Jury [] Court

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file; ADR