# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Armstrong,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Brusco Tug & Barge Inc.,<br><br>　　　　　　Defendant(s). | 07-03273 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**John F. Meadows**
Jedeikin, Spaulding, Meadows & Schneider
333 Pine St., 5th Fl.
San Francisco, CA 94104
415-781-7050

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: October 3, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-03273 PJH MED                          - 2 -