```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  JOHN C. COX, CASB No. 197687
    john.cox@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California  94111
 5  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 6
    Attorneys for Defendant
 7  BRUSCO TUG & BARGE, INC.

 8  EDWARD M. BULL III, CASB. No. 141966
    ebull@banningmicklow.com
 9  JESSICA L. VOSS, CASB No. 247033
    jvoss@banningmicklow.com
10  BANNING MICKLOW & BULL LLP
    One Market, Steuart Tower, Suite 1440
11  San Francisco, California 94105
    Telephone:  (415) 399-9191
12  Facsimile:  (415) 399-9192

13  Attorneys for Plaintiff
    DAVID ARMSTRONG
14
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARMSTRONG, | Case No. C 07-03273 PJH |
| Plaintiff, | **JOINT MOTION FOR ADMINISTRATIVE RELIEF** |
| vs. | **CIV. L.R. 7-11.** |
| BRUSCO TUG & BARGE, INC., and DOES 1-10, *in personam*, and M/V MARY ANN BRUSCO, her engines, tackle, apparel, furniture, etc., *in rem*, | Judge:  Honorable Phyllis J. Hamilton |
| Defendants. | |

Defendant BRUSCO TUG & BARGE, INC. ("Defendant") and Plaintiff DAVID ARMSTRONG ("Plaintiff") respectfully submit their Joint Motion For Administrative

- 1 -  KYL_SF459395

Relief pursuant to Civ. L.R. 7-11 as follows:

## I.  INTRODUCTION

On September 8, 2007, the court issued a Case Management and Pretrial Order ("Order") referring the parties to ADR and giving the parties 120 days (until January 25, 2008) to complete mediation.  The court appointed John F. Meadows as mediator.  The Order allows the parties to submit a Motion for Administrative Relief pursuant to Civil L.R. 7-11 if good cause is shown to extend any deadline contained therein.  (See Case Management and Pretrial Order, pg. 5).  All parties and their counsel of record submit that good cause exists to allow the parties additional time to complete mediation.  Although a Motion for Administrative Relief is normally deemed submitted for immediate determination without hearing on the day after the opposition is due, Civ. L.R. 7-11(c), because this is a joint motion and no opposition will be filed, the matter is hereby submitted.

## II.  GOOD CAUSE EXISTS TO EXTEND THE MEDIATION DEADLINE

Since the September 8, 2007 Order, the parties have actively engaged in the discovery process and Defendant has completed the deposition of Plaintiff David Armstrong.  Although the parties and Mr. Meadows tentatively scheduled mediation for the week of January 21, 2008, they have not been able to complete certain discovery that the parties deem necessary to evaluate the case for settlement (including deposing Plaintiff's supervisor on the date of his alleged injury and deposing his treating doctors (all residing in Eureka California).  To complicate maters further, both defense counsel and Mr. Meadows are centrally involved with the oil spill litigation arising out of the November 7, 2007 incident where the *COSCO BUSAN* struck the Bay Bridge, spilling oil into the Bay.  Mr. Meadows took on representation of Pilot John Cota and Keesal, Young and Logan ("KYL") took on representation of the shipowners' interests.  This incident

has created a tremendous amount of unexpected work for Mr. Meadows and KYL and has interfered with completing the above referenced discovery over the past two months. Finally, although the parties were still planning to at least try to complete the mediation on January 25, 2008, Mr. Meadows recently informed the parties that he is not available for the mediation due to the *COSCO BUSAN* matter and suggested that the parties seek a continuance from the Court.

The parties anticipate that this discovery can be completed in the next 60 days and hope that the schedule of Mr. Meadows will likewise improve by that time.

### III.  CONCLUSION

For the foregoing reasons, the parties respectfully request an additional 60 days to complete the mediation.

DATED: January 18, 2008

_____
JOHN D. GIFFIN
JOHN COX
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
BRUSCO TUG & BARGE, INC.

DATED: January 18, 2008                /S/ Edward M. Bull III

EDWARD M. BULL III
JESSICA L. VOSS
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
BRUSCO TUG & BARGE, INC.