JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JOHN C. COX, CASB No. 197687
john.cox@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
BRUSCO TUG & BARGE, INC.

EDWARD M. BULL III, CASB. No. 141966
ebull@banningmicklow.com
JESSICA L. VOSS, CASB No. 247033
jvoss@banningmicklow.com
BANNING MICKLOW & BULL LLP
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
DAVID ARMSTRONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARMSTRONG, | Case No. C 07-03273 PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE RELIEF** |
| vs. | |
| BRUSCO TUG & BARGE, INC., and DOES 1-10, *in personam*, and M/V MARY ANN BRUSCO, her engines, tackle, apparel, furniture, etc., *in rem*, | |
| Defendants. | |

Having considered the Joint Motion For Administrative Relief of Defendant BRUSCO TUG & BARGE, INC. and Plaintiff DAVID ARMSTRONG, and finding good

| | |
|---|---|
| 1 | cause to have been shown, the Court now ORDERS: |
| 2 | The Joint Motion For Administrative Relief of Defendant BRUSCO TUG & |
| 3 | BARGE, INC. and Plaintiff DAVID ARMSTRONG is granted. |
| 4 | The parties are hereby ordered to complete mediation within 60 days of |
| 5 | entry of this order. |

DATED: January ___, 2008

HONORABLE PHYLLIS J. HAMILTON
United States District Judge