| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB No. 89608 |
|   | john.giffin@kyl.com |
| 2 | JOHN C. COX, CASB No. 197687 |
|   | john.cox@kyl.com |
| 3 | KEESAL, YOUNG & LOGAN |
|   | A Professional Corporation |
| 4 | Four Embarcadero Center, Suite 1500 |
|   | San Francisco, California 94111 |
| 5 | Telephone: (415) 398-6000 |
|   | Facsimile: (415) 981-0136 |
| 6 | |
| 7 | Attorneys for Defendant |
|   | BRUSCO TUG & BARGE, INC. |
| 8 | EDWARD M. BULL III, CASB. No. 141966 |
|   | ebull@banningmicklow.com |
| 9 | JESSICA L. VOSS, CASB No. 247033 |
|   | jvoss@banningmicklow.com |
| 10 | BANNING MICKLOW & BULL LLP |
|    | One Market, Steuart Tower, Suite 1440 |
| 11 | San Francisco, California 94105 |
|    | Telephone: (415) 399-9191 |
| 12 | Facsimile: (415) 399-9192 |
| 13 | Attorneys for Plaintiff |
| 14 | DAVID ARMSTRONG |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID ARMSTRONG, | ) | Case No. C 07-03273 PJH |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | ADMINISTRATIVE RELIEF |
| vs. | ) | |
| | ) | |
| BRUSCO TUG & BARGE, INC., and | ) | |
| DOES 1-10, *in personam*, and M/V MARY | ) | |
| ANN BRUSCO, her engines, tackle, | ) | |
| apparel, furniture, etc., *in rem*, | ) | |
| | ) | |
| Defendants. | ) | |

Having considered the Joint Motion For Administrative Relief of Defendant BRUSCO TUG & BARGE, INC. and Plaintiff DAVID ARMSTRONG, and finding good

- 1 -   KYL_SF459394

PROPOSED ORDER TO GRANTING ADMINISTRATIVE RELIEF - Case No. C 07-03273

1  cause to have been shown, the Court now ORDERS:

2      The Joint Motion For Administrative Relief of Defendant BRUSCO TUG &
3  BARGE, INC. and Plaintiff DAVID ARMSTRONG is granted.

4      The parties are hereby ordered to complete mediation within 60 days of
5  entry of this order.

9  DATED: January 22, 2008

          HONORABLE PHYLLIS J. HAMILTON
          United States District Judge

- 2 -

KYL_SF459394

PROPOSED ORDER TO GRANTING ADMINISTRATIVE RELIEF - Case No. C 07-03273