JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JOHN C. COX, CASB No. 197687
john.cox@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
BRUSCO TUG & BARGE, INC.

EDWARD M. BULL III, CASB. No. 141966
ebull@banningmicklow.com
JESSICA L. VOSS, CASB No. 247033
jvoss@banningmicklow.com
BANNING MICKLOW & BULL LLP
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
DAVID ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARMSTRONG, <br><br> Plaintiff, <br><br> vs. <br><br> BRUSCO TUG & BARGE, INC., and DOES 1-10, *in personam*, and M/V MARY ANN BRUSCO, her engines, tackle, apparel, furniture, etc., *in rem*, <br><br> Defendants. | Case No. C 07-03273 PJH <br><br> **JOINT MOTION FOR** <br> **ADMINISTRATIVE RELIEF** <br><br> CIV. L.R. 7-11. <br><br> Judge: Honorable Phyllis J. Hamilton |

Defendant BRUSCO TUG & BARGE, INC. ("Defendant") and Plaintiff DAVID ARMSTRONG respectfully submit their Joint Motion For Administrative Relief

- 1 -

pursuant to Civ. L.R. 7-11.

## I. INTRODUCTION

On January 22, 2008, the Court granted the parties Request for Administrative Relief and gave the parties 60 days to complete mediation (March 21, 2008). All parties and their counsel of record submit that good cause exists to allow the parties additional time to complete mediation. A Motion for Administrative Relief is deemed submitted for immediate determination without hearing on the day after the opposition is due. Civ. L.R. 7-11(c). Because this is a joint motion and no opposition will be filed, the court may make a determination at its earliest convenience.

## II. GOOD CAUSE EXISTS TO EXTEND THE MEDIATION DEADLINE

Since the Court's January 22, 2008 Order, the parties have continued to actively engage in the discovery process. Defendant recently received responses from Plaintiff to its Requests For Production of Documents and Interrogatories. Plaintiff has also served Requests For Production of Documents and Interrogatories on Defendant. Defendant is currently in the process of responding to these discovery requests, due on March 20, 2008.

The parties would like additional time to review the documents produced so the parties will be in a position to realistically talk about settlement at the mediation. The parties and the mediator, John Meadows, have all agreed that should the Court grant the parties' request, mediation will take place on April 16, 2008.

## III. CONCLUSION

For the foregoing reasons, the parties respectfully request the Court continue the mediation deadline until April 16, 2008.

DEFENDANT BRUSCO TUG AND BARGE INC. AND PLAINTIFF DAVID ARMSTRONG'S JOINT
MOTION FOR ADMINISTRATIVE RELIEF - Case No. C 07-03273

1
2
3   DATED: March 14, 2008                    /s/ John D. Giffin
                                             JOHN D. GIFFIN
4                                            JOHN COX
                                             KEESAL, YOUNG & LOGAN
5                                            Attorneys for Defendant
                                             BRUSCO TUG & BARGE, INC.
6
7
8   DATED: March 14, 2008                    /s/ Edward M. Bull, III
                                             EDWARD M. BULL III
9                                            JESSICA L. VOSS
                                             KEESAL, YOUNG & LOGAN
10                                           Attorneys for Defendant
                                             BRUSCO TUG & BARGE, INC.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -                                                          KYL_SF460675

DEFENDANT BRUSCO TUG AND BARGE INC. AND PLAINTIFF DAVID ARMSTRONG'S JOINT
MOTION FOR ADMINISTRATIVE RELIEF - Case No. C 07-03273