1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN C. COX, CASB No. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
   Attorneys for Defendant
7  BRUSCO TUG & BARGE, INC.

8  EDWARD M. BULL III, CASB. No. 141966
   ebull@banningmicklow.com
9  JESSICA L. VOSS, CASB No. 247033
   jvoss@banningmicklow.com
10 BANNING MICKLOW & BULL LLP
   One Market, Steuart Tower, Suite 1440
11 San Francisco, California 94105
   Telephone:  (415) 399-9191
12 Facsimile:  (415) 399-9192

13 Attorneys for Plaintiff
   DAVID ARMSTRONG
14

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 DAVID ARMSTRONG,                )  Case No. C 07-03273 PJH
                                   )
20                      Plaintiff, )  [~~PROPOSED~~] ORDER GRANTING
                                   )  ADMINISTRATIVE RELIEF
21      vs.                        )
                                   )
22 BRUSCO TUG & BARGE, INC., and   )
   DOES 1-10, *in personam*, and M/V MARY )
23 ANN BRUSCO, her engines, tackle,)
   apparel, furniture, etc., *in rem*, )
24                                 )
                        Defendants.)
25 _____ )

26

27      Having considered the Joint Motion For Administrative Relief of Defendant

28 BRUSCO TUG & BARGE, INC. and Plaintiff DAVID ARMSTRONG, and finding good

cause to have been shown, the Court now ORDERS:

The Joint Motion For Administrative Relief of Defendant BRUSCO TUG & BARGE, INC. and Plaintiff DAVID ARMSTRONG is granted.

The parties are hereby ordered to complete mediation by April 16, 2008.

DATED: March 18, 2008



HONORABLE PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton