1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN C. COX, CASB No. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
7  Attorneys for Defendant
   BRUSCO TUG & BARGE, INC.
8
9
10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12
13  DAVID ARMSTRONG,                )  Case No. C 07-03273 PJH
                                    )
14                  Plaintiff,      )  [PROPOSED] ORDER GRANTING
                                    )  DEFENDANT'S REQUEST TO BE
15          vs.                     )  EXCUSED FROM ATTENDANCE AT
                                    )  MEDIATION
16  BRUSCO TUG & BARGE, INC., and   )
    DOES 1-10, in personam, and M/V MARY )
17  ANN BRUSCO, her engines, tackle,)
    apparel, furniture, etc., in rem, )
18                                  )
                    Defendants.     )
19  _____)

20
21      Having considered the Request to Be Excused From Attendance of
22  Mediation of Defendant BRUSCO TUG & BARGE, INC. ("Defendant") and finding good
23  cause to have been shown, the Court now ORDERS:
24      The Request to Be Excused From Attendance at Mediation of Defendant is
25  granted. A representative of Defendant as well as Defendant's insurance representative
26  will be available by telephone.
27  Dated: April 11, 2008
                                         /s/ Wayne D. Brazil
28                                       Honorable Wayne D. Brazil
                                         United States Magistrate Judge

                            - 1 -                          KYL_SF461519