# UNITED STATES DISTRICT COURT

## Northern District of California

Armstrong,

    Plaintiff(s),

v.

Brusco Tug & Barge Inc.,

    Defendant(s).

No. C 07-03273 PJH MED

**Certification of ADR Session**

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __4/16/08__

2. Did the case settle?     ☐ fully     ☐ partially     ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☑ no

4. IS THIS ADR PROCESS COMPLETED?     ☑ YES     ☐ NO

Dated: __4/16/08__

_____
Mediator, John F. Meadows
Jedeikin, Spaulding, et al.
333 Pine St., 5th Fl.
San Francisco, CA 94104

**Certification of ADR Session**
07-03273 PJH MED