1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN C. COX, CASB No. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
6
   Attorneys for Defendant
7  BRUSCO TUG & BARGE, INC.

8  EDWARD M. BULL III, CASB. No. 141966
   ebull@banningmicklow.com
9  JESSICA L. VOSS, CASB No. 247033
   jvoss@banningmicklow.com
10 BANNING MICKLOW & BULL LLP
   One Market, Steuart Tower, Suite 1440
11 San Francisco, California 94105
   Telephone: (415) 399-9191
12 Facsimile: (415) 399-9192

13 Attorneys for Plaintiff
   DAVID ARMSTRONG
14

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 DAVID ARMSTRONG,                     ) Case No. C 07-03273 PJH
                                        )
20              Plaintiff,              ) **JOINT MOTION FOR**
                                        ) **ADMINISTRATIVE RELIEF**
21        vs.                           )
                                        ) **CIV. L.R. 7-11.**
22 BRUSCO TUG & BARGE, INC., and        )
   DOES 1-10, *in personam*, and M/V MARY ) Judge: Honorable Phyllis J. Hamilton
23 ANN BRUSCO, her engines, tackle,     )
   apparel, furniture, etc., *in rem*,  )
24                                      )
                Defendants.             )
25 _____)

26

27        Defendant BRUSCO TUG & BARGE, INC. ("Defendant") and Plaintiff DAVID

28 ARMSTRONG ("Plaintiff") respectfully submit their Joint Motion For Administrative

Relief pursuant to Civ. L.R. 7-11 as follows:

## I. INTRODUCTION

On September 28, 2007, the court issued a Case Management and Pretrial Order ("Order") setting the deadline for non-expert discovery cut-off for May 9, 2008. The Order allows the parties to submit a Motion for Administrative Relief pursuant to Civil L.R. 7-11 if good cause is shown to extend any deadline contained therein. (See Case Management and Pretrial Order, pg. 5). All parties and their counsel of record submit that good cause exists to extend the non-expert discovery cut-off for the purposes of deposing (1) Plaintiff's treating physicians, Dr. Shishido and Dr. Windham; (2) Plaintiff's former supervisors, Leroy Zerlang and Joshua Smith; and (4) Defendant's Person Most Knowledgeable ("PMK") regarding the current status of Defendant's operations, Plaintiff's employment opportunities with the Company but for his injury and disability, and certain claim related safety and operational issues. Good cause also exists to extend non-expert discovery cut-off for the purposes of allowing Plaintiff to conduct an inspection of the vessel at issue, the MARY ANN BRUSCO. Although a Motion for Administrative Relief is normally deemed submitted for immediate determination without hearing on the day after the opposition is due, Civ. L.R. 7-11(c), because this is a joint motion and no opposition will be filed, the matter is hereby submitted.

## II. GOOD CAUSE EXISTS TO EXTEND THE NON-EXPERT DISCOVERY CUT-OFF DEADLINE

The parties have actively engaged in the discovery process. Both Plaintiff and Defendant have propounded and responded to Requests for Productions of Documents and Interrogatories and Defendant has completed the deposition of Plaintiff David Armstrong. Defendant has noticed the depositions of Mr. Armstrong's treating physicians, Dr. Shishido and Dr. Windham, for May 8, 2008, in Eureka, California.

KYL_SF462059

DEFENDANT BRUSCO TUG AND BARGE INC. AND PLAINTIFF DAVID ARMSTRONG'S JOINT MOTION FOR ADMINISTRATIVE RELIEF - Case No. C 07-03273

Plaintiff has served an inspection demand for the vessel and noticed the depositions of Josh Smith, Leroy Zerlang and a corporate PMK. While these depositions have been noticed, because of the schedules of counsel and the parties, the parties have been unable to schedule mutually agreeable dates prior to discovery cut-off for the depositions of Leroy Zerlang (who also resides in Eureka), the PMK or Joshua Smith and for Plaintiff to inspect the vessel at issue. If additional time is granted to complete this discovery, the parties agree that the depositions of Mr. Armstrong's treating physicians could be re-scheduled, so that only one trip to Eureka would be necessary to complete these depositions as well as the deposition of Leroy Zerlang and the inspection of the vessel.

### III.  CONCLUSION

For the foregoing reasons, the parties respectfully request a 45 day extension of the non-expert discovery cut-off date.

DATED: May 1, 2008

/s/ John D. Giffin
JOHN D. GIFFIN
JOHN COX
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
BRUSCO TUG & BARGE, INC.

DATED: May 1, 2008

/s/ Edward M. Bull III
EDWARD M. BULL III
JESSICA L. VOSS
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
BRUSCO TUG & BARGE, INC.