```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  JOHN C. COX, CASB No. 197687
    john.cox@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 5  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 6
    Attorneys for Defendant
 7  BRUSCO TUG & BARGE, INC.

 8  EDWARD M. BULL III, CASB. No. 141966
    ebull@banningmicklow.com
 9  JESSICA L. VOSS, CASB No. 247033
    jvoss@banningmicklow.com
10  BANNING MICKLOW & BULL LLP
    One Market, Steuart Tower, Suite 1440
11  San Francisco, California 94105
    Telephone:  (415) 399-9191
12  Facsimile:  (415) 399-9192

13  Attorneys for Plaintiff
    DAVID ARMSTRONG
14

15
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARMSTRONG, | Case No. C 07-03273 PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE RELIEF** |
| vs. | |
| BRUSCO TUG & BARGE, INC., and DOES 1-10, *in personam*, and M/V MARY ANN BRUSCO, her engines, tackle, apparel, furniture, etc., *in rem*, | |
| Defendants. | |

Having considered the Joint Motion For Administrative Relief of Defendant BRUSCO TUG & BARGE, INC. and Plaintiff DAVID ARMSTRONG, and finding good

cause to have been shown, the Court now ORDERS:

The Joint Motion For Administrative Relief of Defendant BRUSCO TUG & BARGE, INC. and Plaintiff DAVID ARMSTRONG is granted.

The discovery cut-off deadline is extended for 45 days for the purposes of conducting an inspection of the MARY ANN BRUSCO and completing the depositions of Dr. Shishido, Dr. Windham, Leroy Zerlang, Joshua Smith and Defendant's Person Most Knowledgeable regarding the current status of Defendant's operations, Plaintiff's employment opportunities with the Company but for his injury and disability, and certain claims related safety and operational issues.

DATED: May ___, 2008

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge