UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ARMSTRONG,

    Plaintiff(s),                           No. C 07-3273 PJH

    v.                                  **ORDER OF REFERENCE**
                                         **TO MAGISTRATE JUDGE**

BRUSCO TUG & BARGE, INC., et al.,

    Defendant(s).
_____/

    No dispositive motions having been filed by the deadline of July 2, 2008, pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference by October 3, 2008.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

    IT IS SO ORDERED.

Dated: July 7, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J