1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN COX, CASB No. 197687
   john.cox@kyl.com
3  ANNE MORIARTY, CASB No. 251803
   annie.moriarty@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  450 Pacific Avenue
   San Francisco, California 94133
6  Telephone:  (415) 398-6000
   Facsimile:   (415) 981-0136
7

8  Attorneys for Defendant
   BRUSCO TUG & BARGE, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  DAVID ARMSTRONG,              )  Case No. C 07-03273 PJH
                                  )
14                Plaintiff,      )
                                  )
15        vs.                     )  **NOTICE OF CHANGE OF ADDRESS**
                                  )
16  BRUSCO TUG & BARGE, INC., and )
    DOES 1-10, *in personam*, and M/V MARY )
17  ANN BRUSCO, her engines, tackle, )
    apparel, furniture, etc., *in rem*, )
18                                )
                  Defendants.     )
19                                )
                                  )
20  _____)

21
    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
22
           PLEASE TAKE NOTICE THAT counsel for Defendant BRUSCO TUG &
23
    BARGE, INC. will be moving.  Keesal, Young & Logan's new address, effective July 14,
24
    2008 will be:
25
                   KEESAL, YOUNG & LOGAN
26                 450 Pacific Avenue
                   San Francisco, CA 94133
27                 Phone and fax numbers will remain the same.
28
           All correspondence should be directed to our new address effective July 14,

- 1 -                                                                KYL_SF464287
NOTICE OF CHANGE OF ADDRESS - Case No. C 07-03273 PJH

1  2008.

2

3  DATED: July 21, 2008                    /s/ Anne M. Moriarty
                                           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
4                                          JOHN D. GIFFIN
                                           ANNE M. MORIARTY
5                                          KEESAL YOUNG & LOGAN
                                           Attorneys for PERSHING LLC