United States District Court
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ARMSTRONG

     Plaintiff,

     v.

BRUSCO TUG AND BARGE,

     Defendant.
_____/

No. C-07-03273 PJH (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for August 22, 2008 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **September 12, 2008 at 1:30 p.m**.

Defense counsel will endeavor to reschedule his prior commitment and if unable to do so shall have co-counsel with full knowledge of the case and ability to address settlement attend on his behalf. The parties are ordered to appear with the person or persons having **full authority** to negotiate and to settle the case.

The parties shall exchange all relevant medical information and be prepared to fully address medical issues. Any updates to the parties' Settlement Conference statements shall be submitted no later than September 5, 2008. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

1     The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles
2 prior to the date set for settlement conference.
3 Dated: August 19, 2008

                                            _____
                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge