1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN C. COX, CASB No. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California 94133
5  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Defendant
7  BRUSCO TUG & BARGE, INC.

8  EDWARD M. BULL III, CASB. No. 141966
   ebull@banningmicklow.com
9  JESSICA L. VOSS, CASB No. 247033
   jvoss@banningmicklow.com
10 BANNING MICKLOW & BULL LLP
   One Market, Steuart Tower, Suite 1440
11 San Francisco, California 94105
   Telephone:   (415) 399-9191
12 Facsimile:   (415) 399-9192

13 Attorneys for Plaintiff
14 DAVID ARMSTRONG

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

19 | DAVID ARMSTRONG,                          ) Case No. C 07-03273 PJH
                                              )
20 |                           Plaintiff,     ) **JOINT MOTION FOR**
                                              ) **ADMINISTRATIVE RELIEF**
21 |           vs.                            )
                                              ) **CIV. L.R. 7-11.**
22 | BRUSCO TUG & BARGE, INC., and            )
     DOES 1-10, *in personam*, and M/V MARY   ) Judge: Honorable Phyllis J. Hamilton
23 | ANN BRUSCO, her engines, tackle,         )
     apparel, furniture, etc., *in rem*,     )
24 |                                          )
25 |                           Defendants.    )
                                              )

26

27       Defendant BRUSCO TUG & BARGE, INC. ("Defendant" or "Brusco") and

28 Plaintiff DAVID ARMSTRONG ("Plaintiff") respectfully submit their Joint Motion For

Administrative Relief pursuant to Civ. L.R. 7-11 as follows.

On September 28, 2007, the court issued a Case Management and Pretrial Order ("Order") setting the date for the disclosure of experts for July 23, 2008 and the expert discovery cut-off for October 1, 2008. The Order allows the parties to submit a Motion for Administrative Relief pursuant to Civil L.R. 7-11 if good cause is shown to extend any deadline contained therein. (See Case Management and Pretrial Order, pg. 5.) Both parties contend that good cause exists to extend the date for the disclosure of experts to September 26, 2008. Both parties also contend that good cause exists to extend the date for the expert discovery cut-off to October 7, 2008.

A settlement conference was originally scheduled for August 22, 2008. The parties stipulated to disclosing their experts by September 2, 2008 so that if a settlement was reached at the settlement conference, Plaintiff could avoid what would ultimately have been the unnecessary cost associated with those expert reports. One week prior to the Settlement Conference, Plaintiff produced medical records to Brusco which indicated that Plaintiff had undergone arthroscopic surgery on his knee in July. Unfortunately, Brusco's medical expert was (and is currently) on vacation. Thus, he was unable to review these medical documents in time for the August 22nd settlement conference. In order for the parties to be able to meaningfully discuss settlement, the Court continued the Settlement Conference to September 12, 2008, giving Brusco's medical expert time to review to the recently produced medical records.

The parties both agree that extending the currently stipulated deadline to disclose experts from September 2, 2008 to September 26, 2008 would help facilitate settlement discussions at the settlement conference on September 12th. It would allow Plaintiff to avoid what ultimately will be the unnecessary cost associated with expert reports should the case settle at the conference. Because of the parties' stipulation to disclose experts on September 26th, the parties also request jointly that the date for the expert discovery cut-off be extended from October 1, 2008 to October 7, 2008. The

1  parties believe that this extension will also help to facilitate settlement discussions.

2      For the foregoing reasons, the parties respectfully request that the date for expert disclosures be extended from July 23, 2008 to September 26, 2008 and that the date for the expert discovery cut-off be extended from October 1, 2008 to October 7, 2008.

8  DATED: August 29, 2008

/s/ John D. Giffin
JOHN D. GIFFIN
JOHN COX
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
BRUSCO TUG & BARGE, INC.

13 DATED: August 29, 2008

/s/ Edward M. Bull, III
EDWARD M. BULL III
JESSICA L. VOSS
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
BRUSCO TUG & BARGE, INC.