1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN C. COX, CASB No. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California 94133
5
   Telephone:  (415) 398-6000
6  Facsimile:  (415) 981-0136

7  Attorneys for Defendant
   BRUSCO TUG & BARGE, INC.
8
   EDWARD M. BULL III, CASB. No. 141966
9  ebull@banningmicklow.com
   JESSICA L. VOSS, CASB No. 247033
10 jvoss@banningmicklow.com
   BANNING MICKLOW & BULL LLP
11 One Market, Steuart Tower, Suite 1440
   San Francisco, California 94105
12 Telephone:  (415) 399-9191
   Facsimile:  (415) 399-9192
13
   Attorneys for Plaintiff
14 DAVID ARMSTRONG

15

16
                 **UNITED STATES DISTRICT COURT**
17
                 **NORTHERN DISTRICT OF CALIFORNIA**
18

19
20  DAVID ARMSTRONG,                )  Case No. C 07-03273 PJH
                                    )
21              Plaintiff,          )  **[PROPOSED] ORDER GRANTING**
                                    )  **ADMINISTRATIVE RELIEF**
22       vs.                        )
                                    )
23  BRUSCO TUG & BARGE, INC., and   )
    DOES 1-10, *in personam*, and M/V MARY )
24  ANN BRUSCO, her engines, tackle, )
    apparel, furniture, etc., *in rem*, )
25                                  )
                Defendants.         )
26  _____    )

27
        Having considered the Joint Motion For Administrative Relief of Defendant
28
   BRUSCO TUG & BARGE, INC. and Plaintiff DAVID ARMSTRONG, and finding good

- 1 -    KYL_SF465883

cause to have been shown, the Court now ORDERS:

    The Joint Motion For Administrative Relief of Defendant BRUSCO TUG & BARGE, INC. and Plaintiff DAVID ARMSTRONG is granted.

    The deadline for the parties to disclose their experts is now September 26, 2008. The expert discovery cut-off date is now October 7, 2008.

DATED: August ___, 2008

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge