```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  JOHN C. COX, CASB No. 197687
    john.cox@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  450 Pacific Avenue
    San Francisco, California 94133
 5
    Telephone:  (415) 398-6000
 6  Facsimile:  (415) 981-0136

 7  Attorneys for Defendant
    BRUSCO TUG & BARGE, INC.
 8
    EDWARD M. BULL III, CASB. No. 141966
 9  ebull@banningmicklow.com
    JESSICA L. VOSS, CASB No. 247033
10  jvoss@banningmicklow.com
    BANNING MICKLOW & BULL LLP
11  One Market, Steuart Tower, Suite 1440
    San Francisco, California 94105
12  Telephone:  (415) 399-9191
    Facsimile:  (415) 399-9192
13
    Attorneys for Plaintiff
14  DAVID ARMSTRONG
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARMSTRONG, | Case No. C 07-03273 PJH |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE RELIEF |
| vs. | |
| BRUSCO TUG & BARGE, INC., and DOES 1-10, *in personam*, and M/V MARY ANN BRUSCO, her engines, tackle, apparel, furniture, etc., *in rem*, | |
| Defendants. | |

Having considered the Joint Motion For Administrative Relief of Defendant BRUSCO TUG & BARGE, INC. and Plaintiff DAVID ARMSTRONG, and finding good

- 1 -

1  cause to have been shown, the Court now ORDERS:
2
3          The Joint Motion For Administrative Relief of Defendant BRUSCO TUG &
4  BARGE, INC. and Plaintiff DAVID ARMSTRONG is granted.
5          The deadline for the parties to disclose their experts is now September 26,
   2008. The expert discovery cut-off date is now October 7, 2008.
6   NO OTHER DATES WILL BE CONTINUED.
7
8
9          September 3
   DATED: ~~August~~ ___, 2008



HONORABLE PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 2 -

KYL_SF465883

PROPOSED ORDER TO GRANTING ADMINISTRATIVE RELIEF - Case No. C 07-03273