**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

## CIVIL MINUTES

Date:    September 12, 2008      Time: 4 hours

Case No:  **C-**07-3273 PJH (EDL)

Case Name:  David Armstrong v Brusco Tug & Barge, Inc., et al

    Deputy Clerk:  Lili M. Harrell         Court Reporter:

    Attorneys:  Pltf: Ed Bull III        Deft: John D. Giffin, Annie Moriarity

---

### PROCEEDINGS

[X]   SETTLEMENT CONFERENCE          []   FURTHER SETTLEMENT CONFERENCE

    []    Case settled

    [X]   Did not settle

    []    Partial settlement

[]   DISCOVERY CONFERENCE

[]   STATUS CONFERENCE RE:

[]   TELEPHONIC CONFERENCE RE:

[]   OTHER:

CASE CONTINUED TO:_ FOR _

NOTES:

cc: